SAM MOSCOWITZ, Respondent, *v.* SAMUEL SASSULSKY et al., Appellants.

*Moscowitz* v. *Sassulsky*, 141 App. Div. 763, affirmed.
(Argued October 22, 1912; decided November 19, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department,

entered January 5, 1911, affirming a judgment in favor of plaintiff entered upon a decision of the Kings County Court at a Trial Term without a jury in an action to foreclose a mechanic's lien.

*Henry Hirschberg* for appellants.

*Forrest S. Chilton* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, CHASE and COLLIN, JJ.